**Billy G. ASEMANI, Petitioner—Appellant,**

v.

**Michael B. MUKASEY; The Attorney General of the U.S.A.; Michael Chertoff; Secretary of the Department of Homeland Security, Respondents—Appellees.**

No. 08–6431.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 10, 2008.

Decided: Nov. 6, 2008.

Billy G. Asemani, Appellant Pro Se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani, a Maryland state prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *Asemani v. Mukasey,* No. 8:08–cv–00347–RWT (D.Md. Mar. 11, 2008). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*